of Appeals for the Fifth Circuit denied. *Mr. John Mc-Glasson* for petitioner. *Messrs. Walker Saulsbury* and *David B. Trammell* for respondent.

No. 875. SOUTHERN PACIFIC Co. *v.* UNITED STATES. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Henley Clifton Booth, W. I. Gilbert,* and *W. I. Gilbert, Jr.* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, Charles A. Horsky,* and *M. Joseph Matan* for the United States.

No. 879. L. A. SALOMON & BRO. *v.* UNITED STATES. May 15, 1939. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Dean Hill Stanley* and *John Q. Tilson* for petitioners. *Solicitor General Jackson* and *Mr. John R. Benney* for the United States.

No. 833. UNITED STATES TRUST Co., EXECUTOR, *v.* UNITED STATES. May 22, 1939. Motion to remand, and petition for writ of certiorari to the Court of Claims, denied. *Messrs. Simon Lyon, R. B. H. Lyon,* and *Earl W. Shinn* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Warner W. Gardner* for the United States.

No. 900. CVELICH, ADMINISTRATRIX, *v.* ERIE RAILROAD Co. May 22, 1939. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied for